FILED
GREAT FALLS

2008 MAY 20 AM 10 28

PATRICK E. DUFFY, CLERK
BY _____
         DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| LEWIS ELDON HUFFINE,<br><br>                          Petitioner,<br><br>vs.<br><br>MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT, JUDGE JOHN C. BROWN,<br><br>                         Respondents. | No. CV 08-13-BU-SEH<br><br>**ORDER** |

On May 15, 2008, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Petitioner is not entitled to a ten-day period to object to the Findings and Recommendation. Minetti v. Port of Seattle, 152 F. 3d 1113, 1114 (9th Cir. 1998). However, this Court will review Judge Strong's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Docket No. 3.

-1-

ORDERED:

1. The Petition for Post Conviction Relief Under 28 USC 2254[2] is DISMISSED for failure to pay the filing fee..

2. A certificate of appealability is DENIED.

3. The Clerk of Court is directed to enter judgment accordingly.

DATED this 20th day of May, 2008.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.